IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID E. COTTOM, JR., et al.,** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SELENE FINANCE LP, et al.,** | : | No. 25-cv-1903 |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **14th** day of **August 2025**, upon consideration of Defendants' Motion to Dismiss (ECF No. 12), Plaintiffs' Opposition (ECF No. 13), Defendants' Reply (ECF No. 14), Plaintiffs' Sur-Reply (ECF No. 15), and the docket, it is hereby **ORDERED** that the Motion (ECF No. 12) is **GRANTED** in part and **DENIED** in part, as follows:

1. Defendants' Motion to Dismiss (ECF No. 12) is **GRANTED** with respect to Plaintiffs' common law fraud, Pennsylvania Unfair Trade Practices and Consumer Protection Law, and Truth-in-Lending Act claims. Additionally, Defendants' Motion (ECF No. 12) is granted with respect to Plaintiffs' claims for statutory damages under the Real Estate Settlement Procedures Act. These claims are dismissed without prejudice.

2. Defendants' Motion to Dismiss (ECF No. 12) is **DENIED** with respect to Plaintiffs' negligence and reckless indifference claims and claims for actual damages under the Real Estate Settlement Procedures Act.[1]

3. Defendants shall file an Answer to Plaintiffs' Complaint on or before **August 28, 2025**.

---

[1] As set forth in the accompanying memorandum opinion, the Court rejects some of Plaintiffs' theories of actual damages but not others. Accordingly, Plaintiffs have stated claims for actual damages under the Real Estate Settlement Procedures Act.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**